**Michael Jon PIERCE, Jr.,**
**Plaintiff–Appellant,**

v.

**UNITED RENTALS, INC., United Rentals Occupational Injury Benefit Plan and Employers Health Insurance Company, Defendants–Appellees.**

No. 03–11019.

United States Court of Appeals,
Fifth Circuit.

Decided Nov. 3, 2004.

Jay C. English, English & Associates, Dallas, TX, for Plaintiff–Appellant.

Matthew L. Hoeg, Thurston C. Bailey, Andrews & Kurth, Houston, TX, Judith Schening Apperson, Oscar Rey Rodriguez, Dallas, TX, for Defendant–Appellee.

Before WIENER and PRADO, Circuit Judges, and LITTLE,* District Judge.

* District Judge of the Western District of Louisiana, sitting by designation.

** Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not

PER CURIAM: **

The court has considered the parties' positions in light of oral argument, the briefs, and pertinent portions of the record. Having done so, the court finds no reversible error of fact or law and AFFIRMS for essentially the reasons stated by the district court. *See Pierce v. United Rentals, Inc.,* No. 3:01–CV–0995–K, 2003 WL 22289882 (N.D.Tex. Aug.28, 2003).

AFFIRMED.

be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.